DAVID P. ELDER (SBN 171510)
delder@housingrightscenter.org
HOUSING RIGHTS CENTER
520 S. Virgil Ave., Suite 400
Los Angeles, CA 90020
Telephone: (213) 387-8400 ext. 33
Fax: (213) 381-8555

AARON B. BLOOM (SBN 215037)
ABloom@GreenbergGlusker.com
MEGAN F. RIVETTI (SBN 266432)
MRivetti@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiffs Karina Hernandez, an
individual, and A.H., a minor, by Karina Hernandez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA HERNANDEZ, an individual, and A.H., a minor, by Karina Hernandez,<br><br>Plaintiffs,<br><br>v.<br><br>JAMBAX 2 L.L.C., a California limited liability corporation, and NIVO-1 L.L.C., a California limited liability corporation,<br><br>Defendants. | Case No. CV10-4964-GW (JCx)<br><br>Assigned To: Hon. George H. Wu<br><br>**ORDER TO SHOW CAUSE WHY ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE**<br><br>[C.C.P. §§ 704.770] |

99901-00953/1854252.1

TO ALL PARTIES:

Having considered the Application for Order for Sale of Dwelling and Issuance of Order to Show Cause Why Order for Sale of Dwelling Should Not Be Made (the "Application") filed by plaintiffs and judgment creditors Karina Hernandez and A.H., a minor, by Karina Hernandez, on September 10, 2012, and good cause appearing therefor, the Court hereby grants the Application's request to issue an Order to Show Cause Why Order for Sale Should Not Be Made and set a hearing relating thereto.  Accordingly,

IT IS HEREBY ORDERED that defendant and judgment debtor NIVO-1 L.L.C. appear in Courtroom 10 of the United States District Court for the Central District of California, located at the Edward R. Roybal Center & Federal Building, 255 E. Temple Street, Los Angeles, California  90012, on October 22, 2012, at 8:30 a.m., or as soon thereafter as the matter may be heard (the "Hearing"), then and there TO SHOW CAUSE, if any it has, why an Order for Sale of Dwelling should not be made in accordance with the Application and the concurrently-submitted [Proposed] Order for Sale of Dwelling, both of which are to be concurrently served with this Order and pursuant to which the real property commonly known as 2011 Echo Park Avenue, Los Angeles, California  90026 (the "Property") is to be sold pursuant to the Writ of Execution issued on December 15, 2011.  The Property is legally described as:

> Lot 8 in Block 13 of Elysian Heights Tract, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 59, Page 2 of Miscellaneous Records, in the Office of the County Recorder of said County.
>
> Assessor's Parcel Number (APN):  5420-021-019

IT IS HEREBY FURTHER ORDERED that, pursuant to Section 704.770(b)(1) of the California Code of Civil Procedure, not later than thirty (30) days before the time set for the Hearing, Plaintiffs shall serve on all parties a copy of this Order, a copy of the Application, a copy of the [Proposed] Order for Sale of Dwelling, and a copy of the notice of the hearing in the form prescribed by the Judicial Council.  Service shall be made personally or by mail.

IT IS HEREBY FURTHER ORDERED that, pursuant to Section 704.770(b)(2) of the California Code of Civil Procedure, not later than thirty (30) days before the time set for the Hearing, Plaintiffs shall personally serve on an occupant of the Property, a copy of this Order, a copy of the Application, a copy of the [Proposed] Order for Sale of Dwelling, and a copy of the notice of the hearing in the form prescribed by the Judicial Council.  If no occupant is present at the time service is attempted, Plaintiffs shall post a copy of each document in a conspicuous place at the Property.

**IT IS SO ORDERED:**

September 18, 2012
Date

_____
Honorable George H. Wu
United States District Judge