1  DAVID P. ELDER (SBN 171510)
   delder@housingrightscenter.org
2  HOUSING RIGHTS CENTER
   520 S. Virgil Ave., Suite 400
3  Los Angeles, CA  90020
   Telephone:  (213) 387-8400 ext. 33
4  Fax:  (213) 381-8555

5  AARON B. BLOOM (SBN 215037)
   ABloom@GreenbergGlusker.com
6  MEGAN F. RIVETTI (SBN 266432)
   MRivetti@GreenbergGlusker.com
7  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
8  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
9  Telephone:  310.553.3610
   Fax:  310.553.0687

10
   Attorneys for Plaintiffs Karina Hernandez, an
11 individual, and A.H., a minor, by Karina Hernandez

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15
   KARINA HERNANDEZ, an              Case No.  CV10-4964-GW (JCx)
16 individual, and A.H., a minor, by
   Karina Hernandez,                 Assigned To:  Hon. George H. Wu
17
                Plaintiffs,
18                                    **ORDER TO SHOW CAUSE WHY
   v.                                 ORDER FOR SALE OF DWELLING
19                                     SHOULD NOT BE MADE**
   JAMBAX 2 L.L.C., a California
20 limited liability corporation, and [C.C.P. §§ 704.770]
   NIVO-1 L.L.C., a California limited
21 liability corporation,

22              Defendants.

23

24

25

26

27

28

   99901-00953/1854252.1

1       TO ALL PARTIES:

2

3       Having considered the Application for Order for Sale of Dwelling and

4   Issuance of Order to Show Cause Why Order for Sale of Dwelling Should Not Be

5   Made (the "Application") filed by plaintiffs and judgment creditors Karina

6   Hernandez and A.H., a minor, by Karina Hernandez, on September 10, 2012, and

7   good cause appearing therefor, the Court hereby grants the Application's request to

8   issue an Order to Show Cause Why Order for Sale Should Not Be Made and set a

9   hearing relating thereto.  Accordingly,

10

11      IT IS HEREBY ORDERED that defendant and judgment debtor NIVO-1

12  L.L.C. appear in Courtroom 10 of the United States District Court for the Central

13  District of California, located at the Edward R. Roybal Center & Federal Building,

14  255 E. Temple Street, Los Angeles, California  90012, on October 22, 2012, at 8:30

15  a.m., or as soon thereafter as the matter may be heard (the "Hearing"), then and

16  there TO SHOW CAUSE, if any it has, why an Order for Sale of Dwelling should

17  not be made in accordance with the Application and the concurrently-submitted

18  [Proposed] Order for Sale of Dwelling, both of which are to be concurrently served

19  with this Order and pursuant to which the real property commonly known as 2011

20  Echo Park Avenue, Los Angeles, California  90026 (the "Property") is to be sold

21  pursuant to the Writ of Execution issued on December 15, 2011.  The Property is

22  legally described as:

23

24              Lot 8 in Block 13 of Elysian Heights Tract, in the City of
                Los Angeles, County of Los Angeles, State of California,
25              as per map recorded in Book 59, Page 2 of Miscellaneous
                Records, in the Office of the County Recorder of said
26              County.

27              Assessor's Parcel Number (APN):  5420-021-019

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590

99901-00953/1854252.1                           2

1    IT IS HEREBY FURTHER ORDERED that, pursuant to Section

2    704.770(b)(1) of the California Code of Civil Procedure, not later than thirty (30)

3    days before the time set for the Hearing, Plaintiffs shall serve on all parties a copy

4    of this Order, a copy of the Application, a copy of the [Proposed] Order for Sale of

5    Dwelling, and a copy of the notice of the hearing in the form prescribed by the

6    Judicial Council.  Service shall be made personally or by mail.

7

8    IT IS HEREBY FURTHER ORDERED that, pursuant to Section

9    704.770(b)(2) of the California Code of Civil Procedure, not later than thirty (30)

10   days before the time set for the Hearing, Plaintiffs shall personally serve on an

11   occupant of the Property, a copy of this Order, a copy of the Application, a copy of

12   the [Proposed] Order for Sale of Dwelling, and a copy of the notice of the hearing

13   in the form prescribed by the Judicial Council.  If no occupant is present at the time

14   service is attempted, Plaintiffs shall post a copy of each document in a conspicuous

15   place at the Property.

16

17   **IT IS SO ORDERED:**

18

19   September 18, 2012        _____
     Date                     Honorable George H. Wu
20                            United States District Judge

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

99901-00953/1854252.1                    3